# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATICO BAY LLC SERIES 4930 MINERS RIDGE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. TRUSTEE CORPS; AND DAVID C. SCHUBERT,<br><br>　　　　　　　Defendants. | Case No. 2:13-cv-0940-GMN-NJK<br><br>ORDER DENYING DISCOVERY PLAN (Docket No. 18) |

Pending before the Court is the parties' proposed discovery plan (Docket No. 18), which is hereby DENIED. The parties shall submit a revised discovery plan, no later than August 16, 2013, that complies with the Local Rules. Specifically, the parties are requesting a significantly longer discovery period than 180 days from when the first defendant answered, and thus the Discovery Plan must state reasons why the longer time period should apply. LR 26-1(d).

Further, the Rule 26(f) conference was required to be held within 30 days of May 28, 2013, when the first Defendant appeared, and the stipulated discovery plan was due 14 days thereafter. *See* Local Rule 26-1(d). Absent a motion to stay, which was neither filed nor granted by the Court, the Discovery Plan is approximately one month late.

Finally, requests to extend discovery deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be extended. LR 26-4. The pending proposed discovery plan omits reference to LR 26-4.

. . .

Although the Court is inclined to approve the deadlines set out in the parties' proposed discovery plan, the parties must comply with the Local Rules and must provide sufficient reasons for their delayed filing and extended deadlines. In the future, the Court expects counsel to strictly comply with the deadlines set out in Local Rule 26-1(d).

IT IS SO ORDERED.

DATED: August 9, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2