Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
cag@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATICO BAY LLC SERIES 4930 MINERS RIDGE,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; TRUSTEE CORPS; AND DAVID C. SCHUBERT.<br><br>Defendants. | CASE NO.   2:13-CV-00940-GMN-NJK<br><br>**ORDER REMANDING TO STATE COURT** |

On February 27, 2014, the Court conducted a Show Cause hearing as to whether this action should be remanded to state court. At the hearing, the parties stipulated to remand this matter to state court. The parties further stipulated that the Motion to Dismiss of JPMorgan Chase Bank, N.A. (Dkt. 14) is withdrawn without prejudice. Having heard oral argument and reviewed the pleadings on file, the Court hereby enters the following:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case shall be remanded to state court.

...

1

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss of JPMorgan Chase Bank, N.A. (Dkt. 14) is withdrawn without prejudice.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 03/03/14**

Reviewed by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

/s/ Michael F. Bohn
_____
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Attorney for Plaintiff
Satico Bay LLC Series
4930 Miners Ridge

Submitted by:

SMITH LARSEN & WIXOM

/s/ Chet A. Glover
_____
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Counsel for Defendant
JPMorgan Chase Bank, N.A.

2